**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Central Power Electric Cooperative, Inc.,<br>(CPEC), et. al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER**<br><br><br><br><br><br>Case No. 4:09-cv-021 |
| CPEC v.<br>Cecil L. Jeannotte, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-055 |
| CPEC v.<br>Corey J. Hall, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-061 |
| CPEC v.<br>Cecil L. Jeannotte, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-073 |
| CPEC v.<br>Howard Longie, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-076 |
| CPEC v.<br>Est of Marie M. Jeanotte, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-077 |
| CPEC v.<br>Donna M. Anderson, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-078 |
| CPEC v.<br>Pete Barnett, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-084 |
| CPEC v.<br>John E. Monette, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-098 |
| CPEC v.<br>Ophelia Dixon Navarro, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-100 |
| CPEC v.<br>Kimberly Blackwell, et. al., | Plaintiff,<br>Defendants. | Case No. 4:11-cv-101 |
| CPEC v.<br>Dustin Decoteau, et. al., | Plaintiff,<br>Defendants. | Case No. 4:12-cv-004 |

The court shall conduct a status conference in the above-entitled actions on August 2, 2012, at 11:00 a.m. CDT. The court shall initiate the conference call. Any defendants who have appeared

*pro se* that want to participate in the conference call should provide the court with a telephone number at which they can be reached.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2012.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge